448 A.2d 1190

Commonwealth v. Wade, Appellant.

Petition for Allowance of Appeal Denied Oct. 18, 1982.

Argued December 7, 1981. Richard L. Raymond, for appellant; A. Sheldon Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is affirmed.